**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KALSHIEX LLC, | Case No.: 1:25-cv-08846-AT |
| *Plaintiff*, | **NOTICE OF APPEAL** |
| v. | |
| ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; and JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission, | |
| *Defendants*. | |

KalshiEX LLC appeals to the United States Court of Appeals for the Second Circuit from

the Opinion and Order denying Plaintiff's Motion for Preliminary Injunction entered by the United

States District Court for the Southern District of New York on July 7, 2026, Dkt. No. 106.

1

Dated: July 7, 2026
New York, New York

Respectfully submitted,

*/s/ Grant R. Mainland*

Grant R. Mainland
Andrew L. Porter
Matthew J. Laroche
Nicole D. Valente
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@milbank.com
APorter@milbank.com
MLaroche@milbank.com
NValente@milbank.com

Joshua B. Sterling (pro hac vice)
William E. Havemann (pro hac vice)
**Milbank LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
JSterling@milbank.com
WHavemann@milbank.com

*Attorneys for Plaintiff*

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–08846–AT

KalshiEX LLC v. Williams et al
Assigned to: Judge Analisa Torres
Cause: 7:6(b) Federal Commodity Exchange Regulation

Date Filed: 10/26/2025
Jury Demand: None
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**KalshiEX LLC**　　　　　　　represented by　**Andrew Leighton Porter**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212–530–5000
Fax: 212–530–5219
Email: aporter@milbank.com
*ATTORNEY TO BE NOTICED*

**Joshua Brooks Sterling**
Milbank LLP
1101 New York Avenue, NW
Washington, DC 20005
202–835–7535
Email: jsterling@milbank.com
*ATTORNEY TO BE NOTICED*

**Karen Wong**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212–530–5180
Email: kwong3@milbank.com
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Laroche**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212–530–5514
Email: mlaroche@milbank.com
*ATTORNEY TO BE NOTICED*

**Nicole Valente**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212–530–5061
Email: nvalente@milbank.com
*ATTORNEY TO BE NOTICED*

**William E. Havemann**
Milbank LLP
1101 New York Avenue, NW
Washington, DC 20005
202–835–7518
Email: whavemann@milbank.com
*ATTORNEY TO BE NOTICED*

**Grant Richard Mainland**
Milbank LLP

55 Hudson Yards
New York City, NY 10001
212–530–5251
Email: gmainland@milbank.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert Williams**
*in his official capacity as Executive Director of the New York State Gaming Commission*

represented by **Katherine Rhodes Janofsky**
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212–416–8621
Email: Katherine.Janofsky@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Manley**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212–416–6690
Email: zachary.manley@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian O'Dwyer**
*in his official capacity as Chair and Commissioner of the New York State Gaming Commission*

represented by **Katherine Rhodes Janofsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Manley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A. Crotty**
*in his official capacity as Commissioner of the New York State Gaming Commission*

represented by **Katherine Rhodes Janofsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Manley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sylvia B. Hamer**
*in her official capacity as Commissioner of the New York State Gaming Commission*

represented by **Katherine Rhodes Janofsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Manley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin J. Mack**
*in his official capacity as Commissioner of the New York State Gaming*

represented by **Katherine Rhodes Janofsky**
(See above for address)
*LEAD ATTORNEY*

*Commission*                                                          *ATTORNEY TO BE NOTICED*

                                                                     **Zachary Manley**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter J. Moschetti, Jr.**                    represented by   **Katherine Rhodes Janofsky**
*in his official capacity as Vice Chair and*                   (See above for address)
*Commissioner of the New York State*                           *LEAD ATTORNEY*
*Gaming Commission*                                            *ATTORNEY TO BE NOTICED*

                                                               **Zachary Manley**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Marissa Shorenstein**                        represented by   **Katherine Rhodes Janofsky**
*in her official capacity as Commissioner*                     (See above for address)
*of the New York State Gaming*                                 *LEAD ATTORNEY*
*Commission*                                                   *ATTORNEY TO BE NOTICED*

                                                               **Zachary Manley**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Jerry Skurnik**                              represented by   **Katherine Rhodes Janofsky**
*in his official capacity as Commissioner*                     (See above for address)
*of the New York State Gaming*                                 *LEAD ATTORNEY*
*Commission*                                                   *ATTORNEY TO BE NOTICED*

                                                               **Zachary Manley**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**New York State Gaming Commission**           represented by   **Katherine Rhodes Janofsky**
*TERMINATED: 07/07/2026*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Zachary Manley**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Yuhaaviatam of San Manuel Nation**           represented by   **Michael Hoenig**
                                                               Yuhaaviatam of San Manuel Nation
                                                               422 1st St SE
                                                               Washington, DC 20003
                                                               909–936–9684
                                                               Email: michael.hoenig@sanmanuel–nsn.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jens Wesley Camp**
                                                               Hobbs, Straus, Dean & Walker, LLP
                                                               1899 L St, NW
                                                               Suite 1200
                                                               Washington, DC 20036
                                                               202–822–8282

Email: jcamp@hobbsstraus.com
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**San Manuel Gaming and Hospitality Authority**   represented by   **Michael Hoenig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Indian Gaming Association**   represented by   **Elizabeth Bower**
1899 L Street NW
Suite 1200
Washington, DC 20036
434–996–0802
Email: ebower@hobbsstraus.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
Hobbs, Straus, Dean & Walker LLP
1899 L Street, NW
Ste 1200
Washington, DC 20036
202–822–8282
Fax: 202–296–8834
Email: jwebster@hobbsstraus.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan Newland**
Powers, Pyles, Sutter & Verville PC
4326 S. Bay Mills Point Rd, Br
Brimley, MI 49715
517–862–5570
Email: bryan.newland@powerslaw.com
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
Crowell Law Offices
1487 W Sr 89 A
Suite 8
Sedona, AZ 86336
425–802–5390
Email: scottcrowell@clotag.net
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Congress of American Indians**   represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Washington Indian Gaming Association**    represented by    **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**California Nations Indian Gaming Association**    represented by    **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Arizona Indian Gaming Association**    represented by    **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Minnesota Indian Gaming Association**        represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Oklahoma Indian Gaming Association**        represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**United South and Eastern Tribes
Sovereignty Protection Fund**        represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Amicus**

**Agua Caliente Band of Cahuilla Indians**

represented by **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Elk Valley Rancheria**

represented by **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Karuk Tribe**

represented by **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*TERMINATED: 01/23/2026*

**Amicus**

**Kickapoo Traditional Tribe of Texas**      represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Klamath Tribes**      represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lytton Rancheria of California**      represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mashantucket Pequot Tribal Nation**      represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mescalero Apache Tribe of the Mescalero Reservation**　　represented by　**Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pechanga Band of Indians**　　represented by　**Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Picayune Rancheria of Chukchansi Indians of California**　　represented by　**Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pueblo of Acoma**             represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pueblo of Sandia**             represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Rincon Band of Luiseno Indians**          represented by   **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Santa Ynez Band of Chumash Mission Indians**    represented by    **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Seminole Tribe of Florida**    represented by    **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Table Mountain Rancheria**    represented by    **Elizabeth Bower**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2025 | 1 | COMPLAINT against John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Filing Fee $ 405.00, Receipt Number ANYSDC–31902657)Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 2 | CIVIL COVER SHEET filed..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Brian O'Dwyer, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Jerry Skurnik, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to John A. Crotty, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Marissa Shorenstein, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Martin J. Mack, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Peter J. Moschetti, Jr., re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Robert Williams, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Sylvia B. Hamer, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to New York State Gaming Commission, re: 1 Complaint,. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | 12 | NOTICE OF APPEARANCE by Andrew Leighton Porter on behalf of KalshiEX LLC..(Porter, Andrew) (Entered: 10/27/2025) |
| 10/27/2025 | 13 | NOTICE OF APPEARANCE by Karen Wong on behalf of KalshiEX LLC..(Wong, Karen) (Entered: 10/27/2025) |
| 10/27/2025 | 14 | **FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by KalshiEX LLC..(Wong, Karen) Modified on 10/27/2025 (lb). (Entered: 10/27/2025)** |
| 10/27/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Karen Wong to RE–FILE Document No. 14 Rule 7.1 Corporate Disclosure Statement. The filing is deficient for the following reason(s): the corporate parent/other affiliate was not added;. Re–file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents – select the correct filer/filers – attach the correct signed PDF – when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes or** |

| | | |
|---|---|---|
| | | **No radio button – If Yes – enter the corporate parent/other affiliate, click the Search button – select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate – select the party to whom the corporate parent/other affiliate should be linked – add corporate parent/other affiliate names one at a time. (lb)** (Entered: 10/27/2025) |
| 10/27/2025 | 15 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by KalshiEX LLC..(Mainland, Grant) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 10/27/2025) |
| 10/27/2025 | 16 | MEMORANDUM OF LAW in Support re: 15 Proposed Order to Show Cause With Emergency Relief . Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/27/2025) |
| 10/27/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Analisa Torres. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 10/27/2025) |
| 10/27/2025 | | Magistrate Judge Katharine H. Parker is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 17 | DECLARATION of Karen Wong in Support re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by KalshiEX LLC. (Attachments: # 1 Exhibit 1 – 10/24/25 Letter from R. Williams, # 2 Exhibit 2 –10/27/25 Letter from J. Sterling).(Wong, Karen) (Entered: 10/27/2025) |
| 10/27/2025 | | Case Designated ECF. (jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 18 | DECLARATION of Xavier Sottile in Support re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/27/2025) |
| 10/27/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 15 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (km)** (Entered: 10/27/2025) |
| 10/27/2025 | 19 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Kalshi Inc. for KalshiEX LLC. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/27/2025) |
| 10/27/2025 | 20 | ELECTRONIC SUMMONS ISSUED as to Brian O'Dwyer..(jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 21 | ELECTRONIC SUMMONS ISSUED as to Jerry Skurnik..(jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 22 | ELECTRONIC SUMMONS ISSUED as to John A. Crotty..(jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 23 | ELECTRONIC SUMMONS ISSUED as to Marissa Shorenstein..(jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 24 | ELECTRONIC SUMMONS ISSUED as to Martin J. Mack..(jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 25 | ELECTRONIC SUMMONS ISSUED as to New York State Gaming Commission..(jgo) (Entered: 10/27/2025) |
| 10/27/2025 | 26 | ELECTRONIC SUMMONS ISSUED as to Peter J. Moschetti, Jr..(jgo) (Entered: 10/27/2025) |

| 10/27/2025 | 27 | ELECTRONIC SUMMONS ISSUED as to Robert Williams..(jgo) (Entered: 10/27/2025) |
|---|---|---|
| 10/27/2025 | 28 | ELECTRONIC SUMMONS ISSUED as to Sylvia B. Hamer..(jgo) (Entered: 10/27/2025) |
| 10/28/2025 | 29 | NOTICE OF APPEARANCE by Katherine Rhodes Janofsky on behalf of John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Janofsky, Katherine) (Entered: 10/28/2025) |
| 10/28/2025 | 30 | LETTER MOTION for Leave to File The Complaint With the Intended Exhibits addressed to Judge Analisa Torres from Grant R. Mainland dated October 28, 2025. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/28/2025) |
| 10/28/2025 | 31 | PROPOSED STIPULATION AND ORDER. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 10/28/2025) |
| 10/28/2025 | 32 | NOTICE OF APPEARANCE by Nicole Valente on behalf of KalshiEX LLC..(Valente, Nicole) (Entered: 10/28/2025) |
| 10/28/2025 | 33 | ORDER granting 30 Letter Motion for Leave to File Document. GRANTED. SO ORDERED. (Signed by Judge Analisa Torres on 10/28/2025) (tg) (Entered: 10/28/2025) |
| 10/28/2025 | 34 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for KalshiEX LLC ("Plaintiff") and for Robert Williams, Brian O'Dwyer, John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr., Marissa Shorenstein, Jerry Skumik, and the New York State Gaming Commission (collectively "Defendants") in the above–captioned matter, as follows: 1. Defendants' time to respond to Plaintiff's Order To Show Cause For Preliminary Injunction And Temporary Restraining Order (ECF Dkt No. 15) ("OTSC") is hereby extended to Wednesday, November 26, 2025. 2. Plaintiff's reply in further support of the OTSC is due on Monday, December 15, 2025. 3. Defendants reserve the right to raise any and all applicable defenses, including any jurisdictional defenses. 4. Defendants will refrain from undertaking enforcement action against Plaintiff regarding any conduct described in the Cease and Desist Letter dated October 24, 2025 and filed as ECF No. 17–1 pending the Court's disposition of Plaintiff's OTSC. 5. The parties request oral argument on the OTSC. 6. A faxed,.pdf or electronic signature on this stipulation shall be deemed an original. SO ORDERED. ( Replies due by 12/15/2025., Show Cause Response due by 11/26/2025.) (Signed by Judge Analisa Torres on 10/28/2025) (tg) (Entered: 10/28/2025) |
| 10/28/2025 | 35 | COMPLAINT against John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. Document filed by KalshiEX LLC. (Attachments: # 1 Exhibit 1 – 01/22/25 letter from Kalshi to the Secretary of Commission, # 2 Exhibit 2 – 10/24/25 C&D letter from R. Williams to Kalshi).(Mainland, Grant) (Entered: 10/28/2025) |
| 10/31/2025 | 36 | WAIVER OF SERVICE RETURNED EXECUTED. John A. Crotty waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 37 | WAIVER OF SERVICE RETURNED EXECUTED. Sylvia B. Hamer waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 38 | WAIVER OF SERVICE RETURNED EXECUTED. Martin J. Mack waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 39 | WAIVER OF SERVICE RETURNED EXECUTED. Peter J. Moschetti, Jr waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 40 | WAIVER OF SERVICE RETURNED EXECUTED. New York State Gaming Commission waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by |

| | | |
|---|---|---|
| | | KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 41 | WAIVER OF SERVICE RETURNED EXECUTED. Brian O'Dwyer waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 42 | WAIVER OF SERVICE RETURNED EXECUTED. Marissa Shorenstein waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 43 | WAIVER OF SERVICE RETURNED EXECUTED. Jerry Skurnik waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 10/31/2025 | 44 | WAIVER OF SERVICE RETURNED EXECUTED. Robert Williams waiver sent on 10/30/2025, answer due 12/29/2025. Document filed by KalshiEX LLC..(Wong, Karen) (Entered: 10/31/2025) |
| 11/03/2025 | 45 | MOTION for William Ernest Havemann to Appear Pro Hac Vice . Filing fee $ 200.00. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by KalshiEX LLC. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing from the D.C. Bar, # 3 Exhibit Certificate of Good Standing from the Supreme Court of Virginia, # 4 Proposed Order Granting Motion to Appear Pro Hac Vice).(Havemann, William) (Entered: 11/03/2025) |
| 11/03/2025 | 46 | MOTION for Joshua Brooks Sterling to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31940637. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by KalshiEX LLC. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing from the D.C. Bar, # 3 Exhibit Certificate of Good Standing from the State of New York, # 4 Proposed Order Granting Motion to Appear Pro Hac Vice).(Sterling, Joshua) (Entered: 11/03/2025) |
| 11/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 45 MOTION for William Ernest Havemann to Appear Pro Hac Vice . Filing fee $ 200.00. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 11/03/2025) |
| 11/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 46 MOTION for Joshua Brooks Sterling to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31940637. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 11/03/2025) |
| 11/17/2025 | 47 | NOTICE OF APPEARANCE by Zachary Manley on behalf of John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Manley, Zachary) (Entered: 11/17/2025) |
| 11/17/2025 | 48 | LETTER MOTION for Extension of Time *to Respond to the Complaint* addressed to Judge Analisa Torres from Zachary Manley dated Nov. 17, 2025. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Manley, Zachary) (Entered: 11/17/2025) |
| 11/18/2025 | 49 | LETTER MOTION for Leave to File Excess Pages *for Defendants' Memorandum of Law in Opposition* addressed to Judge Analisa Torres from Zachary Manley dated Nov. 18, 2025. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Manley, Zachary) (Entered: 11/18/2025) |
| 11/19/2025 | 50 | ORDER denying 49 Letter Motion for Leave to File Excess Pages. DENIED. SO ORDERED. (Signed by Judge Analisa Torres on 11/19/2025) (sgz) (Entered: 11/20/2025) |

| | | |
|---|---|---|
| 11/19/2025 | 51 | ORDER granting 48 Letter Motion for Extension of Time. GRANTED. SO ORDERED. (Signed by Judge Analisa Torres on 11/19/2025) (sgz) (Entered: 11/20/2025) |
| 11/26/2025 | 52 | MEMORANDUM OF LAW in Opposition re: 15 Proposed Order to Show Cause With Emergency Relief . Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Janofsky, Katherine) (Entered: 11/26/2025) |
| 11/26/2025 | 53 | DECLARATION of Katherine Rhodes Janofsky in Opposition re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit Ex 1 – NYGC Annual Report, # 2 Exhibit Ex 2 – SCA Americas Article, # 3 Exhibit Ex 3 – Event Horizon Newsletter, # 4 Exhibit Ex 4– NYTimes Article Sept. 2025, # 5 Exhibit Ex 5 – Morningstar Article, # 6 Exhibit Ex 6 – NYTimes Article Oct. 2025, # 7 Exhibit Ex 7 – CFTC Advisory, # 8 Exhibit Ex 8 – InGame Article, # 9 Exhibit Ex 9 – Legal Sports Report Article, # 10 Exhibit Ex 10 – DraftKings Website, # 11 Exhibit Ex 11 – NGCB Notice, # 12 Exhibit Ex 12 – Kalshi Exchange Notice, # 13 Exhibit Ex 13 – OASAS Report, # 14 Exhibit Ex 14 – OASAS Addiction Bulletin, # 15 Exhibit Ex 15 – CasinoBeats Article, # 16 Exhibit Ex 16 – Front Office Sports Article, # 17 Exhibit Ex 17 – Athletic Article Nov. 2025, # 18 Exhibit Ex 18 – Athletic Article June 2024, # 19 Exhibit Ex 19 – NCAA Letter to Kalshi, # 20 Exhibit Ex 20 – Kalshi Website College Basketball (Mens), # 21 Exhibit Ex 21 – ESPN Article, # 22 Exhibit Ex 22 – CFTC Website DCM List, # 23 Exhibit Ex 23 – Sportico Article).(Janofsky, Katherine) (Entered: 11/26/2025) |
| 11/26/2025 | 54 | LETTER MOTION for Oral Argument *on ECF No. 15* addressed to Judge Analisa Torres from Katherine Rhodes Janofsky dated 11/26/2025. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Janofsky, Katherine) (Entered: 11/26/2025) |
| 12/03/2025 | 55 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Elizabeth A. Bower to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32077853. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Indian Gaming Association, National Congress of American Indians, Washington Indian Gaming Association, California Nations Indian Gaming Association, Arizona Indian Gaming Association, Minnesota Indian Gaming Association, Oklahoma Indian Gaming Association, United South and Eastern Tribes Sovereignty Protection Fund, Agua Caliente Band of Cahuilla Indians, Elk Valley Rancheria, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Pro Hac Vice, # 2 Proposed Order Proposed Order Granting Pro Hac Vice, # 3 Exhibit Exhibit A – DC Certificate of Good Standing, # 4 Exhibit Exhibit B – WV Certificate of Good Standing).(Bower, Elizabeth) Modified on 12/3/2025 (rju). (Entered: 12/03/2025) |
| 12/03/2025 | 56 | MOTION for Joseph H. Webster to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078037. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Elk Valley Rancheria, Indian Gaming Association, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Minnesota Indian Gaming Association, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association. (Attachments: # 1 Affidavit Affidavit in Support of Motion for PHV, # 2 |

| | | |
|---|---|---|
| | | Proposed Order Proposed Order Granting PHV, # 3 Exhibit Exhibit A – DC Certificate of Good Standing).(Webster, Joseph) (Entered: 12/03/2025) |
| 12/03/2025 | 57 | MOTION for Michael Hoenig to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078106. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Yuhaaviatam of San Manuel Nation, San Manuel Gaming and Hospitality Authority. (Attachments: # 1 Affidavit Affidavit in Support of Motion, # 2 Proposed Order Proposed Order Granting Motion, # 3 Exhibit Certificate of Good Standing DC Bar, # 4 Exhibit Certificate of Good Standing Kansas Bar).(Hoenig, Michael) (Entered: 12/03/2025) |
| 12/03/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 55 MOTION for Elizabeth A. Bower to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32077853. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of West Virginia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 12/03/2025) |
| 12/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 56 MOTION for Joseph H. Webster to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078037. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/03/2025) |
| 12/03/2025 | 58 | MOTION for Jens Wesley Camp to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078340. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Elk Valley Rancheria, Indian Gaming Association, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Minnesota Indian Gaming Association, National Congress of American Indians, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association. (Attachments: # 1 Affidavit Affidavit in Support of Motion for PHV, # 2 Proposed Order Proposed Order Granting PHV Motion, # 3 Exhibit Exhibit A – DC Bar Certificate of Good Standing, # 4 Exhibit Exhibit B – AZ Bar Certificate of Good Standing).(Camp, Jens) (Entered: 12/03/2025) |
| 12/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 57 MOTION for Michael Hoenig to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078106. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/03/2025) |
| 12/03/2025 | 59 | MOTION for Scott David Crowell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078479. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Elk Valley Rancheria, Indian Gaming Association, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Minnesota Indian Gaming Association, National Congress of American Indians, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association. (Attachments: # 1 Affidavit of Scott D. Crowell in Support of Motion to Appear Pro Has Vice, # 2 Exhibit "A" in Support of Affidavit of Scott D. Crowell–Certificates of Good Standing, # 3 Proposed Order Granting Scott D. Crowell Motion to Appear Pro Hac Vice).(Crowell, Scott) (Entered: |

| | | |
|---|---|---|
| | | 12/03/2025) |
| 12/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 58 MOTION for Jens Wesley Camp to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078340. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/03/2025) |
| 12/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 59 MOTION for Scott David Crowell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32078479. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/03/2025) |
| 12/03/2025 | 60 | LETTER MOTION to File Amicus Brief addressed to Judge Analisa Torres from Joseph H. Webster dated December 3, 2025. Document filed by Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Elk Valley Rancheria, Indian Gaming Association, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Minnesota Indian Gaming Association, National Congress of American Indians, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, San Manuel Gaming and Hospitality Authority, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association, Yuhaaviatam of San Manuel Nation. (Attachments: # 1 Exhibit Exhibit A – [Proposed] Tribal Amicus Brief).(Camp, Jens) (Entered: 12/03/2025) |
| 12/04/2025 | 61 | ORDER: Accordingly, by December 8, 2025, the parties shall file a joint letter detailing which facts relevant to Plaintiff's pending motion, if any, are in dispute. If the parties wish to argue only issues of law, they shall jointly define the issues for oral argument by that same date. SO ORDERED. (Signed by Judge Analisa Torres on 12/4/2025) (vfr) (Entered: 12/04/2025) |
| 12/04/2025 | 62 | ORDER granting 60 Letter Motion to File Amicus Brief. GRANTED. By December 8, 2025, the Tribal Amici shall file their brief attached as Exhibit A. SO ORDERED. (Signed by Judge Analisa Torres on 12/4/2025) (vfr) (Entered: 12/04/2025) |
| 12/04/2025 | | Set/Reset Deadlines: Brief due by 12/8/2025. (vfr) (Entered: 12/04/2025) |
| 12/08/2025 | 63 | ORDER granting 45 Motion for William Ernest Havemann to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/08/2025) |
| 12/08/2025 | 64 | ORDER granting 46 Motion for Joshua Brooks Sterling to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/08/2025) |
| 12/08/2025 | 65 | ORDER granting 56 Motion for Joseph H. Webster to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/08/2025) |
| 12/08/2025 | 66 | BRIEF *of Tribal Amici*. Document filed by Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Elk Valley Rancheria, Indian Gaming Association, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Minnesota Indian Gaming Association, National Congress of American Indians, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, San Manuel Gaming and Hospitality Authority, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association, Yuhaaviatam of San Manuel Nation..(Camp, Jens) (Entered: 12/08/2025) |

| 12/08/2025 | 67 | JOINT LETTER addressed to Judge Analisa Torres from Andrew Porter and Katherine Rhodes Janofsky dated December 8, 2025 re: Response to Court's December 4, 2025 Order. Document filed by KalshiEX LLC..(Porter, Andrew) (Entered: 12/08/2025) |
|---|---|---|
| 12/10/2025 | 68 | MOTION for Elizabeth A. Bower to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Elk Valley Rancheria, Indian Gaming Association, Karuk Tribe, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Minnesota Indian Gaming Association, National Congress of American Indians, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Pro Hac Vice, # 2 Proposed Order Proposed Order Granting Pro Hac Vice, # 3 Exhibit Exhibit A – DC Certificate of Good Standing, # 4 Exhibit Exhibit B – WV Certificate of Good Standing).(Bower, Elizabeth) (Entered: 12/10/2025) |
| 12/10/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 68 MOTION for Elizabeth A. Bower to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/10/2025) |
| 12/11/2025 | 69 | ORDER granting 57 Motion for Michael Hoenig to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/11/2025) |
| 12/11/2025 | 70 | ORDER granting 58 Motion for Jens Wesley Camp to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/11/2025) |
| 12/11/2025 | 71 | ORDER granting 59 Motion for Scott David Crowell to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/11/2025) |
| 12/11/2025 | 72 | ORDER granting 68 Motion for Elizabeth A. Bower to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/11/2025) |
| 12/15/2025 | 73 | ORDER denying without prejudice 54 Letter Motion for Oral Argument. The parties have requested oral argument on Plaintiff's pending motion for a preliminary and permanent injunction. See ECF No. 54; see also Compl., ECF No. 1; Mem., ECF No. 15; Stipulation and Order at 2, ECF No. 34. Because the "parties have conferred and agree that there are no relevant facts in dispute that necessitate an evidentiary hearing and disputed facts are amendable to complete resolution on a paper record." Joint Ltr. at 2, ECF No. 67, the parties' motion for oral argument is DENIED without prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 54. SO ORDERED. (Signed by Judge Analisa Torres on 12/15/2025) (vfr) (Entered: 12/15/2025) |
| 12/15/2025 | 74 | LETTER MOTION to Seal *Exhibits 3 and 4 to the Declaration of Karen Wong in Support of Plaintiff's Reply* addressed to Judge Analisa Torres from Andrew Porter dated December 15, 2025. Document filed by KalshiEX LLC..(Porter, Andrew) (Entered: 12/15/2025) |
| 12/15/2025 | 75 | DECLARATION of Xavier Sottile in Support re: 74 LETTER MOTION to Seal *Exhibits 3 and 4 to the Declaration of Karen Wong in Support of Plaintiff's Reply* addressed to Judge Analisa Torres from Andrew Porter dated December 15, 2025.. Document filed by KalshiEX LLC..(Porter, Andrew) (Entered: 12/15/2025) |
| 12/15/2025 | 76 | REPLY MEMORANDUM OF LAW in Support re: 15 Proposed Order to Show Cause With Emergency Relief . Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 12/15/2025) |

| 12/15/2025 | 77 | DECLARATION of Xavier Sottile in Support re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 12/15/2025) |
|---|---|---|
| 12/15/2025 | 78 | ***SELECTED PARTIES***DECLARATION of Karen Wong in Support re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by KalshiEX LLC. (Attachments: # 1 Exhibit 3 – KalshiEx Letter to CFTC, # 2 Exhibit 4 – Confidential Memorandum, # 3 Exhibit 5 – 2024–09–19 Oral Argument Transcript)Motion or Order to File Under Seal: 74 .(Mainland, Grant) (Entered: 12/15/2025) |
| 12/15/2025 | 79 | DECLARATION of Karen Wong in Support re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by KalshiEX LLC. (Attachments: # 1 Exhibit [Redacted] 3 – KalshiEx Letter to CFTC, # 2 Exhibit [Redacted] 4 – Confidential Memorandum, # 3 Exhibit 5 – 2024–09–19 Oral Argument Transcript).(Mainland, Grant) (Entered: 12/15/2025) |
| 12/15/2025 | 80 | CERTIFICATE OF SERVICE of Exhibits 3 and 4 to the Declaration of Karen Wong in Support of Reply served on Defendants' Counsel on December 15, 2025. Document filed by KalshiEX LLC..(Mainland, Grant) (Entered: 12/15/2025) |
| 12/16/2025 | 81 | LETTER MOTION for Leave to File Sur–Reply in further opposition to Plaintiff's request for preliminary injunctive relief *on ECF No. 15* addressed to Judge Analisa Torres from Katherine Rhodes Janofsky dated 12/16/2025. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit Ex 1 – Screenshot of CFTC Website Listing Kalshi Contracts, # 2 Exhibit Ex 2 – Kalshi Letter to CFTC).(Janofsky, Katherine) (Entered: 12/16/2025) |
| 12/17/2025 | 82 | LETTER RESPONSE to Motion addressed to Judge Analisa Torres from Andrew L. Porter dated December 17, 2025 re: 81 LETTER MOTION for Leave to File Sur–Reply in further opposition to Plaintiff's request for preliminary injunctive relief *on ECF No. 15* addressed to Judge Analisa Torres from Katherine Rhodes Janofsky dated 12/16/2025. . Document filed by KalshiEX LLC..(Porter, Andrew) (Entered: 12/17/2025) |
| 12/18/2025 | 83 | FIRST MOTION for Bryan Newland to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32158789. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Indian Gaming Association. Return Date set for 12/18/2025 at 05:15 PM. (Attachments: # 1 Affidavit Affidavit for Motion to Appear Pro Hac Vice, # 2 Proposed Order Proposed Order to Appear Pro Hac Vice, # 3 Supplement Certificate of Good Standing).(Newland, Bryan) (Entered: 12/18/2025) |
| 12/18/2025 | 84 | ORDER granting 81 Letter Motion for Leave to File Document. GRANTED. By December 22, 2025, Defendants shall file their sur–reply, which shall not exceed 625 words. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 81. SO ORDERED.. (Signed by Judge Analisa Torres on 12/18/2025) (ks) (Entered: 12/18/2025) |
| 12/18/2025 | | Set/Reset Deadlines: Surreplies due by 12/22/2025. (ks) (Entered: 12/18/2025) |
| 12/19/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 83 FIRST MOTION for Bryan Newland to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32158789. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 12/19/2025) |
| 12/19/2025 | 85 | ORDER granting 83 Motion for Bryan Newland to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order)(ts) (Entered: 12/19/2025) |
| 12/22/2025 | 86 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Opposition re: 15 Proposed Order to Show Cause With Emergency Relief, 84 Order on Motion for Leave to File Document, *Sur–Reply in Further Opposition to ECF No. 15*. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Janofsky, Katherine) (Entered: 12/22/2025) |

| | | |
|---|---|---|
| 12/30/2025 | 87 | CONSENT MOTION for Scott David Crowell to Withdraw as Attorney *Only as to the Representation of Karuk Tribe*. Document filed by Agua Caliente Band of Cahuilla Indians, Arizona Indian Gaming Association, California Nations Indian Gaming Association, Elk Valley Rancheria, Indian Gaming Association, Kickapoo Traditional Tribe of Texas, Klamath Tribes, Lytton Rancheria of California, Mashantucket Pequot Tribal Nation, Mescalero Apache Tribe of the Mescalero Reservation, Minnesota Indian Gaming Association, National Congress of American Indians, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Pueblo of Sandia, Rincon Band of Luiseno Indians, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Table Mountain Rancheria, United South and Eastern Tribes Sovereignty Protection Fund, Washington Indian Gaming Association. (Attachments: # 1 Affidavit in Support of Scott D. Crowell Unopposed Motion for Limited Withdrawal of Representation Only to Karuk Tribe, # 2 Proposed Order Granting Scott D. Crowell Unopposed Motion of Scott D. Crowell for Limited Withdrawal as to Representation Only to Karuk Tribe).(Crowell, Scott) (Entered: 12/30/2025) |
| 01/20/2026 | 88 | NOTICE of Supplemental Authority re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit 1).(Manley, Zachary) (Entered: 01/20/2026) |
| 01/23/2026 | 89 | ORDER granting 87 Motion to Withdraw as Attorney. GRANTED. SO ORDERED. (Signed by Judge Analisa Torres on 1/23/2026) Attorney Scott Crowell terminated. (ar) (Entered: 01/23/2026) |
| 02/05/2026 | 90 | NOTICE of Supplemental Authority re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by KalshiEX LLC. (Attachments: # 1 Exhibit 1 –– Remarks of Chairman Michael S. Selig, # 2 Exhibit 2 –– CFTCs February 4, 2026 Press Release).(Mainland, Grant) (Entered: 02/05/2026) |
| 02/23/2026 | 91 | NOTICE of of Supplemental Authority. Document filed by KalshiEX LLC. (Attachments: # 1 Exhibit Middle District of Tennessee Opinion, # 2 Exhibit CFTC Amicus Brief).(Mainland, Grant) (Entered: 02/23/2026) |
| 02/23/2026 | 92 | Objection re: 90 Notice (Other), 15 Proposed Order to Show Cause With Emergency Relief, 91 Notice (Other) *Defendants' Objections to Plaintiff's Notices of Supplemental Authorities ECF Nos. 90 & 91*. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Janofsky, Katherine) (Entered: 02/23/2026) |
| 03/09/2026 | 93 | NOTICE of Supplemental Authority re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit 1).(Manley, Zachary) (Entered: 03/09/2026) |
| 04/07/2026 | 94 | LETTER addressed to Judge Analisa Torres from Grant R. Mainland dated April 7, 2026 re: Providing Supplemental Authority. Document filed by KalshiEX LLC. (Attachments: # 1 Exhibit 1 – CA3 Slip Op, # 2 Exhibit 2 – D. Conn. Compl, # 3 Exhibit 3 – D. Ariz. Compl, # 4 Exhibit 4 – N.D. Ill. Compl).(Mainland, Grant) (Entered: 04/07/2026) |
| 04/10/2026 | 95 | NOTICE OF APPEARANCE by Matthew Joseph Laroche on behalf of KalshiEX LLC..(Laroche, Matthew) (Entered: 04/10/2026) |
| 04/10/2026 | 96 | Objection re: 90 Notice (Other), 15 Proposed Order to Show Cause With Emergency Relief, 94 Letter, 91 Notice (Other) *Defendants' Objections to Plaintiff's Letter re Providing Supplemental Authority ECF No. 94 and, In the Alternative, Request for Leave to File Supplemental Materials and Response*. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Janofsky, Katherine) (Entered: 04/10/2026) |

| 04/28/2026 | 97 | NOTICE of Supplemental Authority. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit 1).(Manley, Zachary) (Entered: 04/28/2026) |
|---|---|---|
| 04/29/2026 | 98 | NOTICE of Supplemental Authority re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit 1 – Nevada State Court Decision and Order).(Manley, Zachary) (Entered: 04/29/2026) |
| 05/13/2026 | 99 | LETTER addressed to Judge Analisa Torres from Matthew Laroche dated May 13, 2026 re: Advise the Court of Potential Related Cases. Document filed by KalshiEX LLC..(Laroche, Matthew) (Entered: 05/13/2026) |
| 05/14/2026 | 100 | LETTER addressed to Judge Analisa Torres from Katherine Rhodes Janofsky dated 05/14/2026 re: Defendants' Response to Plaintiff's Letter re: Advise the Court of Potential Related Cases ECF No. 99. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams..(Janofsky, Katherine) (Entered: 05/14/2026) |
| 05/15/2026 | 101 | LETTER addressed to Judge Analisa Torres from Matthew Laroche dated May 15, 2026 re: Response to Defendants' May 14, 2026 Opposition to KalshiEX LLC's Related Case Letter. Document filed by KalshiEX LLC..(Laroche, Matthew) (Entered: 05/15/2026) |
| 06/17/2026 | 102 | NOTICE of Supplemental Authority re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit Exhibit 1).(Janofsky, Katherine) (Entered: 06/17/2026) |
| 06/18/2026 | 103 | NOTICE of Supplemental Authority re: 15 Proposed Order to Show Cause With Emergency Relief. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit Exhibit 1).(Janofsky, Katherine) (Entered: 06/18/2026) |
| 06/25/2026 | 104 | LETTER addressed to Judge Analisa Torres from Andrew L. Porter dated June 25, 2026 re: Response to Defendants' Notices of Supplemental Authority. Document filed by KalshiEX LLC..(Porter, Andrew) (Entered: 06/25/2026) |
| 07/02/2026 | 105 | LETTER MOTION for Leave to File Reply *to Plaintiff's Response to Defendants' Notices of Supplemental Authority (ECF 104) or Request that the Court Disregard Plaintiff's Arguments in the Response Letter* addressed to Judge Analisa Torres from Zachary Manley dated July 2, 2026. Document filed by John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr, New York State Gaming Commission, Brian O'Dwyer, Marissa Shorenstein, Jerry Skurnik, Robert Williams. (Attachments: # 1 Exhibit 1 – June 26, 2026 Email Thread).(Manley, Zachary) (Entered: 07/02/2026) |
| 07/07/2026 | 106 | OPINION AND ORDER re: 74 LETTER MOTION to Seal *Exhibits 3 and 4 to the Declaration of Karen Wong in Support of Plaintiff's Reply* addressed to Judge Analisa Torres from Andrew Porter dated December 15, 2025. filed by KalshiEX LLC. For the foregoing reasons, Kalshi's motion for a preliminary injunction is DENIED. Kalshi's motion to seal is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 74 and terminate the New York State Gaming Commission from the docket. SO ORDERED. New York State Gaming Commission terminated. (Signed by Judge Analisa Torres on 7/7/2026) (vfr) (Entered: 07/07/2026) |
| 07/07/2026 | 107 | NOTICE OF INTERLOCUTORY APPEAL from 106 Memorandum & Opinion, Add and Terminate Parties,,,,. Document filed by KalshiEX LLC. Filing fee $ 605.00, receipt number ANYSDC–33102148. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Mainland, Grant) (Entered: 07/07/2026) |
| 07/08/2026 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 107 Notice of Interlocutory Appeal. (tp) (Entered: 07/08/2026) |

| | | |
|---|---|---|
| 07/08/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 107 Notice of Interlocutory Appeal, filed by KalshiEX LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/08/2026) |