## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: KalshiEX LLC v. Williams          Docket No.: 26-1835

Lead Counsel of Record (name/firm) or Pro se Party (name): Neal Kumar Katyal / Milbank LLP

Appearance for (party/designation): KalshiEX LLC / Plaintiff-Appellant

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.    Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Neal Kumar Katyal
Firm: Milbank LLP
Address: 1101 New York Ave. NW, Washington DC, 20005
Telephone: 202.835.7505          Fax: 202.263.7586
Email: nkatyal@milbank.com

### RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
2023-02-21 _____ OR that ( ) I applied for admission on _____ or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: s/ Neal Kumar Katyal
Type or Print Name: Neal Kumar Katyal
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| KALSHIEX LLC, | No. 26-1835 |
| *Plaintiff-Appellant*, | **NOTICE OF CORRECTED CAPTION** |
| v. | |
| ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; and JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission, | |
| *Defendants-Appellees*. | |

KalshiEX LLC respectfully submits the above corrected caption in this case. KalshiEX LLC notes that the Southern District of New York dismissed the New York State Gaming Commission. D. Ct. Dkt. No. 106 at 6-7. KalshiEX LLC does not challenge that dismissal on appeal and has removed the Commission from the above caption.

Dated: July 21, 2026            Respectfully submitted,

                                          */s/ Neal Kumar Katyal*
                                          Neal Kumar Katyal

1