# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: KalshiEX LLC v. Williams Docket No.: 26-1835

Lead Counsel of Record (name/firm) or Pro se Party (name): Grace X. Zhou / Office of the New York State Attorney General

Appearance for (party/designation): Robert Williams, Brian O'Dwyer, John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr., Marissa Shorenstein, and Jerry Skurnik / Defendants-Appellees; New York State Gaming Commission / Defendant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
(✓) Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| New York State Gaming Commission | Defendant |

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Grace X. Zhou
Firm: Office of the New York State Attorney General
Address: 28 Liberty Street, 23rd Fl., New York, NY 10005
Telephone: (212) 416-6160 Fax: ______
Email: grace.zhou@ag.ny.gov

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on March 2, 2026 OR that ( ) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Grace X. Zhou
Type or Print Name: Grace X. Zhou
OR
Signature of pro se litigant: ______
Type or Print Name: ______
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.