# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-six.

Before:      Myrna Pérez,
          *Circuit Judge.*

_____

KalshiEX LLC,

      Plaintiff - Appellant,

  v.

Robert Williams, in his official capacity as Executive Director of the New York State Gaming Commission, et al.

      Defendants - Appellees,

New York State Gaming Commission,

      Defendant.

_____

**ORDER**

Docket No. 26-1835

Appellant moves for an injunction pending appeal.

IT IS HEREBY ORDERED that the Appellees are directed to file a response to the motion by July 28, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court