# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-six.

Before:     Myrna Pérez,
            *Circuit Judge.*

_____

KalshiEX LLC,

        Plaintiff - Appellant,

   v.

Robert Williams, in his official capacity as Executive Director of the New York State Gaming Commission, et al.

        Defendants - Appellees,

New York State Gaming Commission,

        Defendant.

_____

**ORDER**

Docket No. 26-1835

Appellant moves for an injunction pending appeal enjoining Appellees from enforcing New York State gambling laws against Appellant.

IT IS HEREBY ORDERED that, to the extend Appellant seeks temporary administrative relief pending review by a three-Judge panel, the motion is DENIED. The motion is REFERRED to a three-Judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/29/2026