

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

August 3, 2026

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, New York 10007

  Re: *KalshiEX LLC v. Williams*, No. 26-1835

Dear Ms. Wolfe:

  I am counsel for defendants-appellees—eight officials of the New York State Gaming Commission sued in their official capacities.[1] I write in response to plaintiff-appellant KalshiEX LLC's letter, filed on Friday, July 31. *See* ECF 34.

  Kalshi falsely claims that an immediate injunction pending appeal is necessary because "Defendants filed suit in New York Supreme Court seeking a TRO" to stop Kalshi from violating New York gaming law. ECF 34, at 1. The enforcement action to which Kalshi refers—*People v. KalshiEX LLC*, No. 453272/2026 (Sup. Ct. N.Y. County)—was not filed by Defendants, but rather, by the New York Attorney General, who is not a party to this case.[2]

---

  [1] These defendants include Executive Director Robert Williams and Gaming Commissioners Brian O'Dwyer, John Crotty, Sylvia Hamer, Martin Mack, Peter Moschetti, Jr., Marissa Shorenstein, and Jerry Skurnik.

  [2] In this case, the Office of the New York Attorney General represents the Gaming Commission defendants and is not a named defendant.

Moreover, Kalshi has removed the New York Attorney General's enforcement action to federal district court. *See* Not. of Removal, *People v. KalshiEX LLC*, No. 1:26-cv-06550 (S.D.N.Y. July 31, 2026), ECF 1. Kalshi has full opportunity to assert its rights and defenses in *People v. KalshiEx LLC*, and cannot use an injunction pending appeal in this case to collaterally attack that proceeding.

Respectfully submitted,

/s/ *Grace X. Zhou*

Grace X. Zhou
Senior Assistant Solicitor General
(212) 416-6160
grace.zhou@ag.ny.gov

cc (via CM/ECF):  All counsel of record