

# Milbank

**WILL HAVEMANN**
*Partner*
1101 New York Ave., N.W.  |  Washington, DC 20005
T: +1 (202) 835-7518
whavemann@milbank.com  |  milbank.com

August 4, 2026

**By Electronic Filing**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

>    Re:    *KalshiEX LLC v. Williams*, No. 26-1835

Dear Ms. Wolfe:

I write on behalf of Plaintiff-Appellant KalshiEX LLC ("Kalshi") in the above-referenced appeal.  Pursuant to Local Rule 31.2(a)(1)(A), Kalshi respectfully requests a deadline of August 31, 2026 for its opening brief, which is 40 days from its July 21, 2026 "ready date" in this matter.

Respectfully submitted,

/s/ *William E. Havemann*
William E. Havemann

*Counsel for Appellant KalshiEX LLC*

cc:    All Counsel (via ACMS)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO