**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-six,

_____

KalshiEX LLC,

          Plaintiff - Appellant,

   v.

Robert Williams, in his official capacity as Executive Director of the New York State Gaming Commission, Brian O'Dwyer, in his official capacity as Chair and Commissioner of the New York State Gaming Commission, John A. Crotty, in his official capacity as Commissioner of the New York State Gaming Commission, Sylvia B. Hamer, in her official capacity as Commissioner of the New York State Gaming Commission, Martin J. Mack, in his official capacity as Commissioner of the New York State Gaming Commission, Peter J. Moschetti, Jr., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission, Marissa Shorenstein, in her official capacity as Commissioner of the New York State Gaming Commission, Jerry Skurnik, in his official capacity as Commissioner of the New York State Gaming Commission,

          Defendants - Appellees,

New York State Gaming Commission,

          Defendant.

_____

**ORDER**
Docket No. 26-1835

Counsel for Appellant KalshiEX LLC has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 31, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before August 31, 2026. The appeal is dismissed effective August 31, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court