**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 1, 2026

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *KalshiEX LLC v. Williams*, No. 26-1835

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(B), we respectfully request that the brief for appellees be due sixty days after the August 31, 2026, filing of the appellant's brief, i.e., on October 30, 2026.

Respectfully submitted,

/s/ *Grace X. Zhou*

Grace X. Zhou
Senior Assistant Solicitor General
(212) 416-6160
grace.zhou@ag.ny.gov

cc (via CM/ECF): All counsel of record