**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-six,

---

KalshiEX LLC,

Plaintiff - Appellant,

v.

Robert Williams, in his official capacity as Executive Director of the New York State Gaming Commission, Brian O'Dwyer, in his official capacity as Chair and Commissioner of the New York State Gaming Commission, John A. Crotty, in his official capacity as Commissioner of the New York State Gaming Commission, Sylvia B. Hamer, in her official capacity as Commissioner of the New York State Gaming Commission, Martin J. Mack, in his official capacity as Commissioner of the New York State Gaming Commission, Peter J. Moschetti, Jr., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission, Marissa Shorenstein, in her official capacity as Commissioner of the New York State Gaming Commission, Jerry Skurnik, in his official capacity as Commissioner of the New York State Gaming Commission,

Defendants - Appellees,

New York State Gaming Commission,

Defendant.

**ORDER**
Docket No. 26-1835

---

Counsel for Appellee Robert Williams, et al. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 30, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before October 30, 2026. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

