**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 21, 2026
Docket #: 26-1835
Short Title: KalshiEX LLC v. Williams

DC Docket #: 1:25-cv-8846
DC Court: SDNY (NEW YORK CITY)
DC Judge: Analisa Torres

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for injunction pending appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, November 3, 2026 at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.