Milbank
**WILLIAM E. HAVEMANN**
*Partner*
1101 New York Ave. NW | Washington, DC 20005
T: +1 (202) 835-7518
whavemann@milbank.com | milbank.com

October 27, 2026

**By Electronic Filing**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: *KalshiEX LLC v. Williams*, No. 26-1835, and *KalshiEX LLC v. Cafferelli*, No. 26-2239**

Dear Ms. Wolfe,

I am counsel for Appellant KalshiEX LLC ("Kalshi") in the above-captioned matters. Oral argument on Kalshi's motion for injunction pending appeal is scheduled for November 3, 2026, at 10:00am.

I write to respectfully request that I and my colleague Natasha Khan (who will be present at oral argument) be permitted to bring one cell phone and one laptop, for a total of two devices, into the courtroom for use during the hearing to access and view the record and the relevant authorities.

Respectfully submitted,

*<u>/s/ William E. Havemann</u>*
William E. Havemann
Milbank LLP
1101 New York Ave. NW
Washington, DC 20003
Telephone: (202) 835-7518
whavemann@milbank.com

*Counsel for Appellant KalshiEX LLC*

cc: All counsel of record via CM/ECF